■ ELENA INGVAR, Appellant, v. JOHN J. MYERS, Respondent.— Order, entered on January 21, 1966, unanimously affirmed, without costs and without disbursements. Order, entered on January 26, 1966, unanimously affirmed, with $50 costs and disbursements to respondent. The order entered on January 21, 1966, appealed from denies a motion to dismiss a defense of illegality. In affirming we do not mean to hold that the violation of the statute pleaded would necessarily establish that the contract sued upon was illegal. The defense is permitted to stand to afford the defendant an opportunity to develop such facts as would show illegality. Concur — Botein, P. J., Rabin, McNally and Steuer, JJ.

■ BENJAMIN GREENSTEIN, Respondent, v. ARTHUR G. COHEN et al., Appellants.— Order entered January 4, 1966, unanimously modified on the law, the facts and in the exercise of discretion to limit the examination before trial to the period subsequent to July 22, 1959, the date when plaintiff became a stockholder, and otherwise affirmed, without costs and without disbursement. If, in the course of the examination, it becomes necessary to make a further application to examine prior to 1959, in order to establish a subsequent wrong, plaintiff may apply for such relief. Settle order on notice fixing date for examination to proceed. Concur — Rabin, J. P., McNally, Stevens and Eager, JJ.

■ HONEY W. BECKER, Individually and as Sole Stockholder of and as a Director of PEPPER PRODUCTIONS, INC., et al., Appellants, v. BERNARD BECKER et al., Respondents.— Order entered October 5, 1963, denying plaintiffs' motion for a temporary injunction and for a receiver, unanimously modified in the exercise of discretion, so as to appoint defendant husband receiver with a bond of $10,000. This disposition will maintain the *status quo* with a reasonable degree of security. The order as thus modified is affirmed without costs or disbursements. The orders entered February 28, 1966 and March 16, 1966, respectively, are unanimously affirmed with one bill of costs plus disbursements to each respondent. Settle order on notice. Concur — Rabin, J. P., McNally, Stevens and Eager, JJ.